IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TED SMITH,                          )
                                    )
                Plaintiff,          )
                                    )        1:05CV577
        v.                          )
                                    )
JO ANNE B. BARNHART,                )
Commissioner of Social Security,    )
                                    )
                Defendant.          )

ORDER

On March 2, 2006, in accordance with 28 U.S.C. § 636(b), the

Recommendation of the United States Magistrate Judge was filed and served on

the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Plaintiff objected to the

Recommendation.

The court has made a de novo determination which is in accord with the

Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's

Recommendation.  The Plaintiff's letter motion seeking a reversal of the

Commissioner's decision [Doc. # 11] is DENIED, the Defendant's motion to affirm

the decision of the Commissioner Doc. # 13] be GRANTED, and this action is

DISMISSED with prejudice.  Any outstanding motions are DENIED as moot.  A

Judgment dismissing this action will be entered contemporaneously with this

Order.

This the 9th day of October, 2007.

/s/ N. Carlton Tilley, Jr.
United States District Judge

2